UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  16-CR-826-LTS

CARLOS OSORIO PEREZ,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Carlos Osorio Perez's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 469.)  The Government is directed to file its response to Mr. Osorio Perez's motion by **June 9, 2020**.  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Mr. Osorio Perez's reply, if any, is due **within 7 days** of his receipt of the Government's response.  Chambers will mail a copy of this order to Mr. Osorio Perez.

Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, with a copy of this Order, as soon as is practicable and in any event no later than July 17, 2020.

SO ORDERED.

Dated: New York, New York
       June 2, 2020

                                                                   /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge

**Copy mailed to:**
Carlos Osorio Perez
#78689-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640