UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                         No.  16-CR-826-LTS

CARLOS OSORIO PEREZ,

        Defendant.

-------------------------------------------------------x

## Order

The Court hereby appoints Mr. Osorio Perez's trial counsel, Lorraine Gauli-Rufo, to represent Mr. Osorio Perez as CJA counsel in connection with his motion for compassionate release (docket entry no. 469).

       SO ORDERED.

Dated: New York, New York
          June 9, 2020

                                                       _/s/ Laura Taylor Swain_____
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

**Copy mailed to:**
Carlos Osorio Perez
#78689-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640