UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                             No.  16-CR-826-LTS

CARLOS OSORIO PEREZ,

        Defendant.

-------------------------------------------------------x

ORDER

The Government is directed to file its response to the new arguments raised in Mr. Osorio Perez's reply in support of his motion for compassionate release (docket entry no. 482) by **June 22, 2020, at 4:00 p.m**.

SO ORDERED.

Dated: New York, New York
       June 17, 2020

                                        _/s/ Laura Taylor Swain_____
                                        LAURA TAYLOR SWAIN
                                        United States District Judge