UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                 No. 16-CR-826-LTS

CARLOS OSORIO-PEREZ,

       Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant Carlos Osorio-Perez's renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket entry no. 573.) The Government is directed to file its response to Mr. Osorio-Perez's renewed motion, which must include his BOP medical records, by **July 28, 2021**. The Government may request that the Court file medical records that are included in the response under seal, and sensitive medical information may be redacted from the response that is filed on ECF. A complete, unredacted courtesy copy of the Government's response must be emailed to defense counsel, and to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Osorio-Perez's reply to the Government's response, if any, must be filed by **August 4, 2021.**

SO ORDERED.

Dated: New York, New York
       July 16, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge