UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  16-CR-826-LTS

CARLOS OSORIO-PEREZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Government's July 27, 2021, opposition (docket entry no. 575) to Defendant Carlos Osorio-Perez's pending renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (docket entry no. 573).  Because the attachment to the Government's opposition contains Mr. Osorio-Perez's sensitive medical records, the Court will file that attachment under seal.

        SO ORDERED.

Dated: New York, New York
       July 28, 2021

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge